## EX PARTE Arthur Wing Hung CHANG, Applicant

## NO. WR–82,712–01

Court of Criminal Appeals of Texas.

Filed March 23, 2016

Don Hase, Arlington, TX, for Applicant.

Steve W. Conder, District Attorney, Fort Worth, Texas, Lisa C. McMinn, State's Attorney, Austin, for The State.

### DISSENTING OPINION

Yeary, J., filed a dissenting opinion.

The Court today grants post-conviction habeas corpus relief on the grounds that Applicant was convicted under a statute that was later declared to be unconstitutionally overbroad, namely, Texas' improper photography statute. *See* Majority Opinion (granting relief based upon *Ex parte Thompson*, 442 S.W.3d 325 (Tex. Crim.App. 2014)). However, I believe the argument I made in my dissenting opinion in *Ex parte Fournier*, while addressing a different statute—Texas' Online Solicitation of a Minor statute—still applies to Applicant in this case. *See Ex parte Fournier*, 473 S.W.3d 789, 800–805 (Tex.Crim. App. 2015) (Yeary, J., dissenting) (arguing that the Court should not grant retroactive relief in post-conviction habeas corpus proceedings without deciding whether applicants who were convicted under a statute that has been held to be unconstitutionally overbroad should have to show that the statute was unconstitutional as applied to them). Therefore, I dissent for the rea-

sons stated in my dissenting opinion in *Fournier.*